UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HANKA NADAREVIC,**

    **Plaintiff,**

v.                                    Case No.  8:06-cv-1149-T-30EAJ

**ATTORNEY GENERAL , USA, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal (Dkt. #28).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     Said Motion (Dkt. #28) is GRANTED.

2.     This cause is dismissed.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1149.dismissal 28.wpd